

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00239-CV

**ADAM M. BOROWSKI, M.D.,**
**BRIAN BULL, M.D. AND**
**HILLCREST FAMILY HEALTH CENTER,**

**Appellants**

 **v.**

**KAREN AYERS, INDIVIDUALLY AND**
**AS REPRESENTATIVE OF THE ESTATE**
**OF DARYL LYNN AYERS, DECEASED,**
**AND ETHAN AYERS,**

**Appellees**

_____

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2012-3325-5**

## O R D E R

The petitions for permission to appeal interlocutory order are granted.  *See* TEX. R.

APP. P. 28.3(k).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed September 24, 2015
Do not publish

